878 A.2d 845

KIMBERLY SIMON, PLAINTIFF–PETITIONER, v. ROBIN
J. MCCOMBE AND ROBERT MCCOMBE,
DEFENDANTS–RESPONDENTS.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).

878 A.2d 845

JOHN FERRETTI AND ANDREA FERRETTI, ETC.,
PLAINTIFFS–PETITIONERS, v. WILLIAM F.
ROTH, DEFENDANT–RESPONDENT.

July 11, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for further proceedings in light of *DiProspero v. Penn,* 183 *N.J.* 477, 874 *A.*2d 1039 (2005).